UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE ROE SR 3,<br><br>         Plaintiff,<br><br>     v.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.,<br><br>         Defendants. | Case No.   24-cv-07119-EJD<br><br>**ORDER REGARDING MOTION TO FILE UNDER SEAL**<br><br>Re: ECF No. 21 |

On January 30, 2025, the Court permitted Plaintiff to submit a statement pursuant to Civil L.R. 79-5(f)(3) regarding Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 21). ECF No. 36. After reviewing Plaintiff's statement (ECF No. 38), the Court finds good cause to maintain the requested information under seal and accordingly GRANTS the motion to seal.

**IT IS SO ORDERED.**

Dated: February 6, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 24-cv-07119-EJD
ORDER REGARDING MOTION TO SEAL

1